UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT WHITE,

      Plaintiff,                               DEMAND FOR JURY TRIAL

 -vs-                                          Case No. 10-10600
                                                        Hon. George Caram Steeh

INTERNATIONAL MARINE & AUTO
INVESTMENTS, INC.*, et al.*

      Defendants.

## CONSENT SETTLEMENT ORDER

Plaintiff, ROBERT WHITE, and Defendant, CHARLES V. GEBELL, both through respective counsel in the above-styled lawsuit and resolving all pending claims and having agreed to the entry of this Consent Settlement Order, have shown that by affixing their signatures hereto approve this Order as to both form and content, and the Court being fully advised in the premises, NOW THEREFORE,

IT IS ORDERED that Defendant shall pay to Plaintiff $55,000.00 in full settlement of this matter as follows: $500.00 per month, due on or before June 15, 2011, and continuing every month until paid in full, subject to the following conditions:

Payments shall be delivered to ADAM G. TAUB & ASSOCIATES CONSUMER LAW GROUP, PLC, 18930 West 10 Mile Rd #2500 Southfield, MI 48075.

Payments shall be made payable to "ADAM G. TAUB & ASSOCIATES IOLTA Account." Defendant shall have a non-cumulative, 21 day grace period for each payment to arrive at 18930 West 10 Mile Rd #2500 Southfield, MI 48075 without being in breach of this agreement.

In the event that the Defendant makes 60 timely payments totaling $30,000.00, the Plaintiff will dismiss the matter with prejudice and the parties will enter into a mutual release.

In the event that the Defendant fails at any time to make any payment timely prior to making 60 timely payments totaling $30,000.00, the Plaintiff, upon filing of an affidavit of non-compliance by his counsel and service upon counsel for the Defendant or the Defendant, CHARLES V. GEBELL, may submit for entry a Judgment in the amount of $55,000.00 less any amounts paid.  If no objections to the Affidavit of Non-Compliance are filed within seven days, a Judgment shall enter for the Plaintiff against the Defendant, CHARLES V. GEBELL in the amount of $55,000.00 less any amounts paid.

IT IS FURTHER ORDERED and is a finding of fact of this Court and agreed on by the parties that the subject watercraft, a 2001 Grady White Islander 268, Vessel Identification Number NTLSL334K001 was stolen by an individual identifying himself as Francesco Bombaci and that ROBERT WHITE was defrauded by Francesco Bombaci.

CHARLES V. GEBELL does not admit any liability.

This Court retains jurisdiction to enforce this order.

Approved as to form and content:


| By: | s/ Adam G. Taub_____ | By: | s/John P. Frazer — by consent |
|---|---|---|---|
| | Adam G. Taub (P48703) | | John P. Frazer (P58966) |
| | Attorney for Plaintiff | | Attorney for Defendants |
| | 18930 West Ten Mile Rd, Ste 2500 | | 42850 Garfield Rd Ste 101 |
| | Southfield, MI 48075 | | Clinton Township, MI  48038 |
| | (248) 746-3790 | | Phone: (586) 263-5050 |
| | adamgtaub@clgplc.net | | jpfrazer@sbcglobal.net |

Date:  June 29, 2011

2

Read, understood and approved:


s/Robert White (by consent)
ROBERT WHITE                                                                 Date:   June 24, 2011



s/Charles V. Gebell  (by consent)
CHARLES V. GEBELL                                                            Date:  June 14, 2011



**SO ORDERED.**

                                      s/George Caram Steeh
                                      Hon. George Caram Steeh
                                      United States District Judge


Entered at Detroit, Michigan on June 29, 2011.